UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN FLYNN, <u>et al.</u> | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1174 (RBW) |
| LEVA BROS. TILE & MARBLE CO., | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

On June 27, 2006, the plaintiffs filed a complaint bringing this action under Section 502(a)(3) of the Employee Retirement Security Income Act of 1974, 29 U.S.C. § 1132(a)(3) (2000), and seeking monetary and injunctive relief. Since the filing of the complaint, however, the plaintiffs have made no effort to pursue prosecution of the above-captioned case. Accordingly, it is hereby

**ORDERED** that the plaintiffs shall show cause by July 30, 2007, why this case should not be dismissed for want of prosecution. Failure to respond to this order will result in the above-captioned case being dismissed.

**SO ORDERED** this 28th day of June, 2007.

REGGIE B. WALTON
United States District Judge