IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1174 (RBW) |
| ) | |
| LEVA BROS. TILE & MARBLE CO., INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, Plaintiffs hereby notice the voluntary dismissal of this action against Defendant, Leva Bros. Tile & Marble Co., Inc.

June 28, 2007

_____
Ira R. Mitzner, D. C. Bar #184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

Attorney for the Plaintiffs

2269054.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1174 (RBW) |
| ) | |
| LEVA BROS. TILE & MARBLE CO., INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING COMPLAINT

Upon consideration of the attached Notice of Voluntary Dismissal filed by Plaintiffs in connection with claims filed for delinquent fringe benefit contributions due Plaintiffs by Defendant, it is this ____ day of _____, 2007 by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed.

_____
Reggie B. Walton
United States District Court Judge

2269066.01