UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 06-1174 (RBW)
)
LEVA BROS. TILE & MARBLE CO., INC., )
)
Defendant. )

## LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esq.
> Dickstein Shapiro LLP
> 1825 Eye Street, N.W.
> Washington, DC  20006
> Telephone: (202) 420-2234
> Facsimile:  (202) 420-2201
>
> Leva Bros. Tile & Marble Co., Inc.
> 413 Commerce Road
> Vestal, NJ  13850

2282084.01