IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LEVA BROS. TILE & MARBLE CO., INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1174 (RBW) |

## PLAINTIFFS' RESPONSE TO THE COURT'S JUNE 28, 2007 ORDER

1. On June 28, 2007, the Court entered an Order directing the Plaintiffs in this case to show cause by July 30, 2007 why this case should not be dismissed for want of prosecution.

2. On June 28, 2007, the Plaintiffs filed a Notice of Voluntary Dismissal in this case because the parties have settled and the terms of the settlement agreement have been fulfilled.

Date: June 28, 2007

Respectfully submitted,

By  /s/ Ira R. Mitzner
Ira R. Mitzner (D.C. Bar No. 184564)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-2234
*Counsel for Plaintiffs*

2282209.01